UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Nicholas E. Saykaly

    v.                                        Case No. 1:23-cv-289-SE-AJ

Patrick E. Donovan, et. al.

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated October 3, 2023 (doc. no. 9). For the reasons explained therein, plaintiff's case is dismissed.

"[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quotation omitted); see United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The following motions are denied as moot: 1) plaintiff's motion to participate in electronic filing (Doc. No. 3); 2) plaintiff's emergency motion to correct the record (Doc. No. 4); 3) plaintiff's motion to bring forward emergency motion (Doc. No. 7); and 4)

plaintiff's motion for clarification (Doc. No. 8).

    SO ORDERED.

_____
Samantha D. Elliott
United States District Judge

Date: November 30, 2023

cc:   Nicholas E. Saykaly, pro se